# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Nery Morales-Perez,<br>(A200 898 271)<br>*Defendant* | )<br>)<br>)  Case No. 17-6337MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 17, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Nery Morales-Perez, an alien, was found in the United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about April 17, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

*Complainant's signature*

Gilbert V. Longoria,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 18, 2017

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Gilbert V. Longoria, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 17, 2017, the Phoenix ICE Incident Arrest Report Unit followed up on a lead received from the Law Enforcement Support Center, indicating that Nery Morales-Perez was arrested by the Mesa Police Department and booked into the Mesa City Jail (MCJ) on local charges. While incarcerated at the MCJ, Morales-Perez was examined by ICE Officer D. Celestino who determined Morales-Perez to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the city jail. On August 17, 2017, Morales-Perez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Morales-Perez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Nery Morales-Perez to be a citizen of Mexico and a previously deported criminal alien. Morales-Perez was removed from the United States to Mexico at or near Del Rio, Texas, on or about April 17, 2015, pursuant to the reinstatement of an order of removal issued by an immigration judge.

There is no record of Morales-Perez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Morales-Perez's immigration history was matched to him by electronic fingerprint comparison.

4. On August 17, 2017, Nery Morales-Perez was advised of his constitutional rights. Morales-Perez freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about August 17, 2017, Nery Morales-Perez, an alien, was found in the United States of America, at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about April 17, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Gilbert V. Longoria,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 18th day of August, 2017.

David K. Duncan,
United States Magistrate Judge